IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONES LANG LASALLE AMERICAS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-4100 |
| | : | |
| PAIGE JAFFE, SQUARE RETAIL CONSULTANTS LLC | : | |

## ORDER

**AND NOW**, this 22nd day of July 2024, upon considering plaintiff's motion to strike defendants' jury demand (DI 24), defendants' opposition (DI 25), plaintiff's reply (DI 26), plaintiff's supplemental brief (DI 34), defendants' sur-reply (DI 36), plaintiff's sur-sur-reply (DI 37), following our June 20, 2024 oral argument, and for reasons in the accompanying memorandum, it is **ORDERED** plaintiff's motion to strike defendants' jury demand (DI 24) is **GRANTED in part** and **DENIED in part**.

_____
MURPHY, J.